**Original Transcript**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 2 5 2011

JAMES N. HATTEN, CLERK
By: S. Brannon, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NAIROBI COUCH,

    Plaintiff,

vs.

RED ROOF INNS, INC. and
R ROOF V LLC,

    Defendants.

CIVIL ACTION FILE

NO. 1:10-cv-00045-WBH

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**DEPOSITION OF**

**NAIROBI DEVAUGHN COUCH**

April 23, 2010
9:56 a.m.

881 Piedmont Avenue, N.E.
Suite 100
Atlanta, Georgia

Richard Dean Whitehead, CCR-B-1446



Toll Free: 888.486.4044
Telephone:

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
www.esquiresolutions.com