IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 0 5 2011

JAMES N. HATTEN, Clerk
By: Deputy Clerk

NAIROBI COUCH,            )    **ORIGINAL**
                          )
      Plaintiff,          )
                          )
                          ) CIVIL ACTION, FILE
   vs.                    )
                          ) NO. 1:10-CV-00045-WBH
RED ROOF INNS, INC. and   )
R ROOF LLC,               )
                          )
      Defendants.         )

Deposition of VINCENT E. VITTATOE, taken on behalf of the Plaintiff, pursuant to Notice and the stipulations contained herein, in accordance with the Federal Rules of Civil Procedure, before Diane A. Parnell, RPR, Certified Court Reporter and Notary Public, at 950 The Lenox Building, 3399 Peachtree Road, Atlanta, Georgia, on the 22nd day of June, 2010, commencing at the hour of 10:09 a.m.



## *AccuTran, Inc.*
### *—certified court reporters—*
**2500 Dallas Highway**
**Suite 202, PMB 223**
**Marietta, Georgia 30064-7505**
**Phone: 770-426-9705**
**Fax: 770-426-9706**
**www.accutrancourtreporters.com**