IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 0 5 2011

JAMES N. HATTEN, Clerk
By: Deputy Clerk

NAIROBI COUCH,                )
                              )
        Plaintiff,            )
                              )  CIVIL ACTION FILE NO.
    vs.                       )  1:10-CV-00045-WBH
                              )
RED ROOF INNS, INC., and      )
AR ROOF V LLC,                )         **ORIGINAL**
                              )
        Defendants.           )

\* \* \*

Deposition of JAMES JOSEPH "JAY" MOYER, taken on behalf of the Plaintiff, pursuant to Notice and agreement of counsel, in accordance with the Georgia Civil Practice Act, before Debbie C. Hennings, Registered Professional Reporter, at The Lenox Building, 3399 Peachtree Road, Atlanta, Georgia, on the 3rd day of December 2010, commencing at the hour of 9:07 a.m.



*AccuTran, Inc.*
—*certified court reporters*—
2500 Dallas Highway
Suite 202, PMB 223
Marietta, Georgia 30064-7505
Phone: 770-426-9705
Fax: 770-426-9706