**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| NAIROBI COUCH,<br><br>Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC.; and R ROOF V LLC,<br><br>Defendants. | CIVIL ACTION<br>No. 1:10-cv-0045-SCJ |

**<u>O R D E R</u>**

This matter is before the Court on Plaintiff's motion in limine to exclude apportionment [Doc. No. 41].

In his motion, Plaintiff argues that Defendants should be prohibited from raising the issue of the fault of a non-party pursuant to O.C.G.A. § 51-12-33. In furtherance of that argument, Plaintiff challenges the constitutionality of § 51-12-33 positing that the statute is unconstitutionally vague and deprives plaintiffs of a substantive property right without due process.

The Court notes that Plaintiff is required to notify the state attorney general of the constitutional challenge. <u>See</u> Fed. R. Civ. Proc. 5.1(a). Furthermore, because Plaintiff challenges the constitutionality of a Georgia statute, this Court hereby certifies to the Georgia Attorney General, pursuant to 28 U.S.C. § 2403(b), that the

constitutionality of O.C.G.A. § 51-12-33 is drawn in to question. The Attorney General is requested to submit his position in reference to this issue no later than November 4, 2011.

The Clerk is **DIRECTED** to serve the Georgia Attorney General with a copy of this order.

SO ORDERED, this 1st day of September, 2011.

s/Steve C. Jones
STEVE C. JONES
United States District Judge