**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| NAIROBI COUCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION FILE |
| | ) | NO. 1:10-CV-00045-SCJ |
| RED ROOF INNS, INC. and | ) | |
| R ROOF V LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RULE 5.1 NOTICE OF CONSTITUTIONAL QUESTION**

Pursuant to Fed. R. Civ. P. 5.1, Plaintiff Nairobi Couch hereby files and serves upon Defendants and the Attorney General of the State of Georgia this Notice of Constitutional Question, setting forth the constitutional question raised in Plaintiff's Motion in Limine to Exclude All Evidence, Arguments, Jury Charges and Any Special Verdict Form Concerning Apportionment [Doc. No. 41]. *See also* Plaintiff's Supplemental Brief [Doc. No. 57].

## I. INTRODUCTION.

This case arises from the brutal abduction, assault and robbery of Plaintiff by an unknown group of men on August 4, 2009. The abduction and assault both occurred at the Red Roof Inn hotel located at 1960 N. Druid Hills Road, N.E., Atlanta, Georgia 30329. Defendants Red Roof Inns, Inc. and R Roof V, LLC

owned and managed the hotel, and Plaintiff was an invitee of the hotel on the date of the assault. The men who attacked Plaintiff were never caught and have never been identified.

## II. PLAINTIFF'S LAWSUIT AND MOTION IN LIMINE.

On November 23, 2009, Plaintiff filed suit against Defendants alleging Defendants negligently failed to keep their premises safe and failed to provide adequate security to properly protect Plaintiff, an invitee, in breach of their duties of care owed to Plaintiff. Defendants removed the case to the Northern District of Georgia and filed a Notice of Defendants' Intention to Argue Fault of Non-Party pursuant to O.C.G.A. § 51-12-33 [Doc. No. 3], alleging that the criminals who attacked Plaintiff are liable for Plaintiff's damages.

Plaintiff filed his Motion in Limine seeking to prohibit Defendants from asking the jury to apportion damages to the unknown assailants. Plaintiff also asked the Court to declare O.C.G.A. § 51-12-33 unconstitutional because it infringes upon Plaintiff's right to a jury trial and violates his rights and protections guaranteed under O.C.G.A. § 51-3-1 and under the constitutions of Georgia and the United States.

## III. THE CONSTITIONAL QUESTION.

Plaintiff's Motion in Limine calls into question the constitutionality of O.C.G.A. § 51-12-33. Should the Court require the jury to apportion Plaintiff's damages to the unknown assailants, it would deprive Plaintiff of a substantial property right without due process, violate Plaintiff's fundamental right to a fair trial, and violate Plaintiff's right to equal protection of law. Plaintiff further contends O.C.G.A. § 51-12-33 is unconstitutional because there is no rational basis for it and the statute is unconstitutionally vague as it provides insufficient standards for apportionment. Accordingly, Plaintiff files this Notice to bring his position to the attention of the Georgia Attorney General.

RESPECTFULLY SUBMITTED this 6th day of September, 2011.

**MYKKELTVEDT & LOFTIN, LLC**

*/s/ Davis K. Loftin*
Davis K. Loftin
Georgia Bar No. 455713
Jeffrey N. Mykkeltvedt
Georgia Bar No. 533510
Attorneys for Plaintiff

**MYKKELTVEDT & LOFTIN, LLC**
3001 Lookout Place, N.E.
Atlanta, Georgia 30305
(404) 228-1550

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| NAIROBI COUCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION FILE |
| | ) | NO. 1:10-CV-00045-SCJ |
| RED ROOF INNS, INC. and | ) | |
| R ROOF V LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day filed a true and correct copy of the foregoing ***Plaintiff's Rule 5.1 Notice of Constitutional Question*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Burke B. Johnson, Esq.
Buckley King LPA
219 Boulevard, N.E.
Gainesville, Georgia 30501

I further certify that I have on this day served a copy of the foregoing ***Plaintiff's Rule 5.1 Notice of Constitutional Question***, including the papers drawing into question the constitutionality of O.C.G.A. § 51-12-33, on the Georgia Attorney General, via Certified U.S. Mail addressed as follows:

Sam Olens, Attorney General of Georgia
Office of the Georgia Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334

This 6th day of September, 2011.

**MYKKELTVEDT & LOFTIN, LLC**

*/s/ Davis K. Loftin*
Davis K. Loftin
Georgia Bar No. 455713